BRYAN SCHRODER
United States Attorney

CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Charisse.Arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:19-cr-00150-TMB-MMS |
| Plaintiff, | ) ) | COUNT 1: |
| vs. | ) ) ) | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES |
| TY ANTHONY MOORE, | ) ) | Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Defendant. | ) ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or April 4, 2019, within the District of Alaska, the defendant, TY ANTHONY

MOORE, did knowingly and intentionally possess with the intent to distribute controlled

substances, to wit: a mixture and substance containing a detectable amount of heroin, and a mixture and substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Charisse Arce
CHARISSE ARCE
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE:   December 18, 2019